# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  v.                                                            **Case No. 13-CR-99**

**BODIE WITZLIB**
       **Defendant.**

## ORDER

On July 23, 2013, defendant agreed to accept representation by appointed counsel. I adjourned the July 29, 2013, jury trial and set the case for status on August 27, 2013. On July 26, Attorney Thomas Wilmouth entered a notice of appearance as counsel. On August 2, defendant filed various pro se motions, along with a letter indicating that he would represent himself. On August 5, Attorney Wilmouth filed a report on the status of appointed counsel.

Attorney Wilmouth shall continue his representation until further order of the court. I will hold in abeyance defendant's request to proceed pro se until the August 27 status conference. Any government response to defendant's pro se filings is also suspended at this time.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 5th day of August, 2013.

                                        /s Lynn Adelman

                                        _____
                                        LYNN ADELMAN
                                        District Judge