# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## HON. Lynn Adelman, presiding

### SENTENCING MINUTES

DATE: 1/9/15
CASE NO.: 13 CR 99
UNITED STATES v. Bodie Witzlib

Dep. Clerk: JDeitrich
Ct. Reptr.: Sheryl
Time Called: 1:35
Time Concluded: 2:11

United States By: Tracy Johnson, Laura Kwaterski
Probation Officer: Jim Fetherston
Interpreter: ___ ☐ Sworn

Deft. Bodie Witzlib in person, ~~and by Attorney~~ ___

---

### Custody of Bureau of Prisons
___ months on Count(s) ___
___ months on Count(s) ___
time served
to run concurrently/consecutively
for a total of ___ months

### Supervised Release/~~Probation~~
2 years on Count(s) ___
___ years on Count(s) ___
to run concurrently/consecutively
for a total of ___ years

Court's recommendation to Bureau of Prisons: ___

COUNT(S) DISMISSED on motion of Government: other counts

---

### Special Conditions of Supervised Release/Probation

☒ report within 72 hours of release
☒ no firearms or other dangerous weapons
☒ no illegal possession, use of controlled substances  standard tests
☐ community correction center for ___
☐ cooperate with I.N.S.
☐ submit to search by p.o.
☐ program of drug & alcohol testing and treatment as p.o. directs; no alcohol; pay cost of program as p.o. directs
☐ no work at or patronizing taverns
☐ pay restitution/fine balance at $___/month; apply all tax refunds to restitution/fine; change tax exemptions only if p.o. oks

☐ if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks
☐ no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)
☐ financial disclosure; file all taxes
☐ attend to child support
☐ cooperate with I.R.S.
☐ DNA collection
☒ other: cognitive intervention
☒ MH treatment

FINE: $_____ on Count(s) _____.
    Terms:

    ☒ Fine waived or reduced due to defendant's inability to pay.
    ☐ Interest on fine waived.
    ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

COSTS of incarceration, community confinement and supervision
    ☐ WAIVED      ☐ IMPOSED

RESTITUTION: $ _____ Payee: _____
    Terms:

    ☐ Interest on restitution waived.
    ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

SPECIAL ASSESSMENT: $ 100 on Count(s) _____.
    ☒ To be paid immediately.
    ☐ To be paid prior to close of business day.
    ☐ To be paid prior to expiration of this sentence.
    ☐ Other:

FORFEITURE:


CUSTODY STATUS:
    ☐ Defendant remanded to custody of U.S. Marshal.
    ☐ Execution of sentence stayed until _____
    ☐ Voluntary surrender to institution.

☒ Defendant advised of right to appeal.

OTHER:

## STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presence report

or

☐ The Court adopts the factual findings and guideline application in the presence report except:

Advisory Guideline Range Determined by the Court:

    Total Offense Level: 18
    Criminal History Category: IV
    Imprisonment Range: 41 to 51 months
    Supervised Release Range: 1 to 3 years
    (Probation Range: ___ to ___ years)
    Fine Range: $6,000 to $60,000

Restitution: $_____ ☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).